IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN ALEXANDER WERK,<br><br>Defendant. | Case No. CR 19-82-GF-BMM<br><br>ORDER |

Defendant Jordan Alexander Werk, having filed a Motion to Appear via Video for Sentencing Hearing, there being no objection from the Government;

IT IS HEREBY ORDERED the Defendant, Jordan Alexander Werk may appear via video for the Sentencing Hearing, currently scheduled for June 3, 2020, at 10:00 a.m. from Core Civic facility in Shelby, Montana.

DATED this 22nd day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court