IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN ALEXANDER WERK,<br><br>Defendant. | CR 19-82-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Jordan Alexander Werk (Werk) has been accused of violating the conditions of his supervised release. Werk admitted all of the alleged violations. Werk's supervised release should be revoked. Werk should be placed in custody for 4 months, with 32 months of supervised release to follow. Werk should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

## II. Status

Werk was convicted of Assault by Striking, Beating or Wounding; and Assault of a Dating Partner by Strangulation following a jury trial on January 31, 2020. (Doc. 55). The Court sentenced Werk to 28 months of custody, followed by 3 years of supervised release. (Doc. 70). Werk's current term of supervised

release began on November 10, 2021. (Doc. 106 at 1).

**Petition**

The United States Probation Office filed an Amended Petition on June 27, 2023, requesting that the Court revoke Werk's supervised release. (Doc. 106). The Amended Petition alleged that Werk had violated the conditions of his supervised release: 1) by using methamphetamine on three separate occasions; 2) by failing to report for substance abuse testing; 3) by failing to allow his probation officer to conduct a home visit; 4) by failing to comply with the terms of his location monitoring program on two separate occasions; and 5) by using suboxone.

**Initial appearance**

Werk appeared before the undersigned for his initial appearance on the Amended Petition on July 13, 2023. Werk was represented by counsel. Werk stated that he had read the petition and that he understood the allegations. Werk waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on July 13, 2023. Werk admitted that he had violated the conditions of his supervised release: 1) by using

methamphetamine on three separate occasions; 2) by failing to report for substance abuse testing; 3) by failing to allow his probation officer to conduct a home visit; 4) by failing to comply with the terms of his location monitoring program on two separate occasions; and 5) by using suboxone. The violations are serious and warrant revocation of Werk's supervised release.

Werk's violations are Grade C violations. Werk's criminal history category is I. Werk's underlying offenses are Class A and Class C felonies. Werk could be incarcerated for up to 24 months. Werk could be ordered to remain on supervised release for up to 12 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Werk's supervised release should be revoked. Werk should be incarcerated for 4 months, with 32 months of supervised release to follow. Werk should serve the first 60 days of supervised release in a secure inpatient drug treatment facility. This sentence is sufficient but not greater than necessary.

### IV. Conclusion

The Court informed Werk that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Werk of his right to object to these Findings and Recommendations within 14 days of their

3

issuance. The Court explained to Werk that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Jordan Alexander Werk violated the conditions of his supervised release: by using methamphetamine on three separate occasions; by failing to report for substance abuse testing; by failing to allow his probation officer to conduct a home visit; by failing to comply with the terms of his location monitoring program on two separate occasions; and by using suboxone.

The Court **RECOMMENDS:**

> That the District Court revoke Werk's supervised release and commit Werk to the custody of the United States Bureau of Prisons for 4 months, with 32 months of supervised release to follow. Werk should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure

4

to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 14th day of July, 2023.

John Johnston
United States Magistrate Judge