# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JORDAN ALEXANDER WERK,<br><br>　　　　　Defendant. | CR-19-82-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

　　　United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 14, 2023.  (Doc. 110.)

　　　When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

　　　Judge Johnston conducted a revocation hearing on July 13, 2023. (Doc. 109) The United States accused Jordan Werk, (Werk) of violating his conditions of supervised release 1) by using methamphetamine; 2) by failing to report for substance abuse testing; 3) by failing to let his probation officer conduct a home visit; 4) by failing to comply with the provisions of his location monitoring program on two separate occasions; and 5) by using suboxone. (Doc. 106.)

At the revocation hearing, Werk admitted to 1) by using methamphetamine; 2) by failing to report for substance abuse testing; 3) by failing to let his probation officer conduct a home visit; 4) by failing to comply with the provisions of his location monitoring program on two separate occasions; and 5) by using suboxone. (Doc. 109.) Judge Johnston found that the violations Werk admitted prove serious and warrants revocation of his supervised release and recommends a sentence of 4 months, with 32 months of supervised release to follow, with the first 60 days of supervised release spent in a secure inpatient drug treatment facility. (Doc. 110.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 110) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jordan Alexander Werk be sentenced to the Bureau of Prison for a period of 4 months, with 32 months of supervised release to follow with the first 60 days of supervised release spent in a secure inpatient drug treatment facility.

DATED this 31st day of July, 2023.

Brian Morris, Chief District Judge
United States District Court