IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>JORDAN ALEXANDER WERK,<br><br>Defendant. | CR-19-82-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 11, 2023. (Doc. 122.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 5, 2023. (Doc. 117.) The United States accused Jordan Werk (Werk) of violating his conditions of

supervised release 1) by failing to complete his 60-day inpatient drug treatment program; 2) by using methamphetamine; and 3) by failing to reside at a place approved by his probation officer. (Doc. 116.)

At the revocation hearing, Werk admitted to having violated the conditions of his supervised release 1) by failing to complete his 60-day inpatient drug treatment program; 2) by using methamphetamine; and 3) by failing to reside at a place approved by his probation officer.  (Doc. 117.)  Judge Johnston found that the violations Werk admitted are serious and warrants revocation of his supervised release and  recommends a sentence of 12 months and 1 day, with no supervised release to follow. (Doc. 122.)  Weber was advised of his right to appeal and allocute before the undersigned and waived those rights. (Doc. 117.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 122) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jordan Werk be sentenced to the Bureau of Prison of 12 months and 1 day with no supervised release to follow.

DATED this 11th day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court